# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Margaritaville Enterprises, LLC

                        Plaintiff,

v.                                                     Case No.: 1:23−cv−08189

                                                            Honorable Thomas M. Durkin

The Individual and Entities associated with the domains in Exhibit A

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 10, 2025:

      MINUTE entry before the Honorable Thomas M. Durkin: Plaintiff's motion for leave to serve the summons and complaint by alternative means [51] is granted. Mailed notice. (ecw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.