IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Margaritaville Enterprises, LLC, a Delaware Limited Liability Company,<br><br>*Plaintiff,*<br><br>v.<br><br>Sonzea Trading Co., Limited, Suzhou Ruoxing Network Technology Co., Ltd., Jiangxi Dengshou Network Technology Co., Ltd., Shenzhen Jiayi E-Commerce Co., Ltd., Reyoe Technology Co., Ltd., Zero-Miracle Network Limited, and the Individual and Entity associated with the domain &lt;newevers.com&gt;<br><br>*Defendants.* | Case No. 1:23-cv-08189<br><br>Honorable Thomas M. Durkin<br><br>Magistrate Judge David Weisman<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE INDIVIDUAL AND ENTITY ASSOCIATED WITH THE DOMAIN &lt;NEWEVERS.COM&gt;**

Plaintiff Margaritaville Enterprises, LLC ("Plaintiff" or "Margaritaville"), by and through its undersigned counsel and pursuant to Rule 55(a) and Rule 55(b) of the Federal Rules of Civil Procedure, hereby moves the Court for entry of default and entry of default judgment against the Individual and Entity associated with the domain &lt;newevers.com&gt; ("Defendant Newevers"), for their failure to plead or otherwise defend this action. In support of its Motion, Margaritaville relies upon authority and facts set forth in the accompanying Memorandum of Law and Declaration of Molly Carr (Exhibit 1).

WHEREFORE, Margaritaville requests that the Court (i) enter default and default judgment against Defendant Newevers; (ii) award statutory damages in the amount of $3,000,000 ($1,000,000 per counterfeit mark) pursuant to 15 U.S.C. 1117(c); and (iii) enter a permanent

1

injunction prohibiting Defendant Newevers from using the JIMMY BUFFET Marks, or any reproduction, counterfeit, copy, or colorable imitation of said marks, in a matter likely to cause others to believe that Defendant Newevers is associated with, sponsored by, or endorsed by Margaritaville.

DATED: August 19, 2025

Respectfully submitted,

By: /s/ Jacqueline Brousseau
Cameron M. Nelson
Barry R. Horwitz
Jacqueline Brousseau
Molly J. Carr
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: (312) 456-8400

*Counsel for Plaintiff Margaritaville Enterprises, LLC*

## CERTIFICATE OF SERVICE

 The undersigned attorney hereby certifies that on August 19, 2025, the foregoing was served upon counsel of record via the Court's ECF system.


DATED: August 19, 2025

        GREENBERG TRAURIG, LLP

        By: /s/ Jacqueline Brousseau


        Cameron M. Nelson
        Jacqueline Brousseau
        Molly J. Carr
        GREENBERG TRAURIG, LLP
        77 West Wacker Drive, Suite 3100
        Chicago, IL 60601
        Telephone: (312) 456-8400
        nelsonc@gtlaw.com
        brousseauj@gtlaw.com
        carrm@gtlaw.com